# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Luz Dary Garcia Celis<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-303-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 30</u>, <u>2025</u>, at <u>10:00</u>  ☒ a.m. / ☐ p.m. before the Honorable <u>Stephanie S. Christensen</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>September 25, 2025</u>

_____
U.S. District Judge/Magistrate Judge